MARY E. CARROLL, as Executrix, etc., Respondent, *v.* JOHN CONLEY, Jr., Appellant.

(Submitted January 30, 1891; decided February 24, 1891.)

APPEAL from judgments of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 12, 1890, directing judgment in favor of plaintiff in a case submitted under section 1279 of the Code of Civil Procedure.

*George R. Westerfield* for appellant.

*John Delahunty* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JEREMIAH CALLAGHAN, as Administrator, etc., *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Argued February 2, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 11, 1890, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*Louis Marshall* for appellant.

*M. E. Driscoll* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.